ERNEST BREINER *v.* VIN'S KEY CLUB, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 925 (AC 15962), is denied.

*Samuel D. Bush*, in support of the petition.

*Matthew B. Woods*, in opposition.

Decided September 18, 1997

STATE OF CONNECTICUT *v.* ALBERT NYVELDT

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 613 (AC 15980), is denied.

*William H. Cashman*, in support of the petition.

*Lawrence J. Tytla*, assistant state's attorney, in opposition.

Decided September 18, 1997

ALPHONSO VALLE *v.* COMMISSIONER OF CORRECTION

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 566 (AC 16015), is granted, limited to the following issue: